# EXHIBIT A

ACEVEDO MARIA
AGUERO CLARA
AGUERO JOSE
AGUERO PABLO
AGUILAR ANTONIO
AGUILAR OSCAR
AGUILAR ROSA
AGUIRRE ONESIMA
ALANIZ MARGARITA
ALARCON CAMERINO
ALATORRE JOSE
ALATORRE RODRIGUEZ DELIA
ALATORRE VIVIANA
ALBITER MARIA OLGA
ALCANTAR CARLOS
ALCANTARA MARIA
ALEMAN FELIPE
ALLEN RAYMOND
ALMANZA BENJAMIN
ALMANZA ELVIRA
ALMANZA FRANCISCA
ALMANZA MARTA
ALMENDARIZ BEATRIZ
ALONSO JOSEFINA
ALONZO JOSE
ALTAMIRANO JUANA
ALVARADO ABEL
ALVARADO GUADALUPE
ALVARADO MARIA
ALVARADO ZENON
AMAYA JOSEFINA
ANGEL J ELEUTERIO
AQUINO ROSA
ARAIZA GALDINA
ARAIZA SEVERINO
ARAUGO FELIPE
AREVALO CLEMENCIA
AREVALO NORMA
ARNAUD BERTINA
ARRELLANO ISABEL
ARREOLA JULIO
ARREOLA VICTOR
ARROYOS SALVADOR

ARTISTA BERNICE
ASTORGA VICTOR
AVALOS ROBERTO
AVELAR ROSA
AVELLA NANCY
AVILA ARACELI
AVILA LAURA
AVILA MARIA
AVILA MARTINEZ JUANA
AVINA MARIA
AZPEITIA EVODIO
BAEZ SILVIANO
BALANZAR MAURICIO
BALDERAS MARIA
BARCENAS GRACIELA
BARRAZA IRAIS
BARRERA DILDA
BARRERA ESTELA
BARRERA FIDEL
BARRON MARIA
BATRES JESUS
BATRES KARLA
BAUTISTA JUAN
BAYSAN WILLIAM
BENAVIDEZ THOMAS
BENITEZ ANITA
BENITEZ BENIGNO
BENITEZ EUSEBIO
BENITEZ FELIPE
BENITEZ JOEL
BENITEZ MACARIO
BENITEZ OTILIA
BENITEZ SILVESTRE
BERMUDEZ BALMORE
BLANCO RODRIGUEZ IMILSI
BOCANEGRA JOSE
BOOKER WALTER
BROWN HORACE
BURGOS PEDRO
CABALLERO ARTURO
CABALLERO GUADALUPE
CALDERON ANDREA
CALDERON EMMA
CALDERON MANUEL
CALIXTO ELIAS
CAMACHO JOSE

CAMERON DAVIS
CAMPOS JUAN
CAMPOS JUAN
CAMPOS MAEGAN
CAMPOS RICARDO
CANALES JOSE
CANCHOLA HORACIO
CANTU JHONNY
CARBAJAL JOSE
CARDONA MARIA
CARDOSO FABIOLA
CARMONA MARIA
CARO RITA
CARRASCO EDGAR
CASTILLO ANTONIA
CASTILLO EPIFANIA
CASTILLO EUSEBIO
CASTILLO JOSE
CASTILLO MARIA
CASTILLO MARIA
CASTILLO MINERVA
CASTILLO NANCY
CASTILLO OCTAVIANO
CASTRO AURELIA
CASTRO IVANA
CASTRO JOSEFINA
CASTRO MAGNO
CATALAN GABINO
CAVAZOS IRISELA
CAZTNO EDGAR
CAZTNO GUSTAVO
CEDILLO HECTOR
CEDILLO MARIA
CENICEROS ELIGIO
CENICEROS IRMA
CENICEROS RAFAEL
CHAVEZ CRISTINA
CHAVEZ RUBEN
CHAVEZ SALVADOR
CHIHUAHUA HECTOR
CHIHUAHUA LUIS
CISNEROS JULIA
CISNEROS NORMA
CISNEROS SONIA
COLLINS MARVIN
CONTRERAS HILARIO

CONTRERAS LUIS
CONTRERAS MICAELA
CONTRERAS RITA
COREAS LUIS
CORNEJO EMELIA
CORONEL ANTONIO
CORREA ROSALBA
CORTES CONCEPCION
CORTEZ DAVID
CORTEZ JESUS
CORTEZ JOSE
CORTEZ MARIA
CORTEZ MARIA INES
COSS ESPERANZA
COX EDWIN
CRUZ CARLOS
CRUZ CIPRIANA
CRUZ MARIA
CRUZ RIVERA HECTOR
DAVILA MARIA
DAVIS LEDARRION
DAWSON TOMMY
DE LA CRUZ DIANE
DE LEON CAMELIA
DE LEON ROLANDO
DE LUNA MARICELA
DEL ANGEL MARIA
DEL ANGEL QUINTIN
DEL ANGEL RENE
DELGADO ATANACIO
DELGADO FERNANDO
DELGADO HUMBERTO
DELGADO MARIA
DELGADO SILVESTRE
DIAZ FIDEL
DIAZ FLORA
DIAZ HELEN
DILES DARRIN
DOMINGUEZ BRENDA
DOMINGUEZ ESTEBAN
DOMINGUEZ MACARIO
DOMINGUEZ MARCOS
DOMINGUEZ MARILU
DORADO FRANCISCO
DUARTE LAURA
ELISALDE ALICIA

ENRIQUEZ NORA
ENUEZE CHIBUOGWU
ESCOBEDO ALFREDO
ESCOBEDO MIRIAM
ESPINOZA ELOY
ESPINOZA JORGE
ESPINOZA JUAN
ESPINOZA JUANA
ESPINOZA MARICELA
ESPINOZA RAFAEL
ESPINOZA TIMOTEO
ESQUIBEL BETTY
ESQUIVEL ROBERTO
ESTRADA GLORIA
FACUNDO ALMA
FACUNDO HIPOLITA
FCOTT ALEXANDER
FIORILLO RICARDO
FISCAL TERESA
FLORES ADELAIDA
FLORES ALFREDO
FLORES ANA
FLORES FRANCISCA
FLORES HERMILA
FLORES ISABEL
FLORES MANUEL
FLORES OBDULIA
FLORES SANDRA
FOUNTAIN KENNETH
FULCE ABELL
GABRIEL DOMINIQUE
GALARZA FRANCISCO
GALARZA GUSTAVO
GALDIAN ROSA
GALLARDO ALVARO
GALLARDO OSCAR
GALLEGOS ALVA
GALLEGOS RAUL
GALLEGOS SONIA
GALVAN CONSUELO
GALVAN ROLANDO
GAMBOA CINDY
GAONA RUVICELIA
GARCIA ANGELICA
GARCIA ARMANDINA
GARCIA BELEN

GARCIA CARMELA
GARCIA FREDY
GARCIA GABRIELA
GARCIA JESUS
GARCIA JOE
GARCIA JOSE
GARCIA MARIA
GARCIA MARTHA
GARCIA SANTOS
GARCIA SANTOS
GARCIA VICENTE
GARZA LEONEL
GARZA VANESSA
GASPAR LUIS
GASPAR MARIA
GAYTAN TAMMY
GENTRY MARIA
GODINA JOSE
GOMEZ ALFREDO
GOMEZ ALMA
GOMEZ ANA
GOMEZ BERTHA
GOMEZ ESTHER
GONZALES JESUS
GONZALEZ ANA
GONZALEZ ERLINDA
GONZALEZ HECTOR
GONZALEZ IRMA
GONZALEZ JORGE
GONZALEZ JOSE
GONZALEZ JOSEFINA
GONZALEZ JR JUAN
GONZALEZ JUAN
GONZALEZ JULIA
GONZALEZ MANUEL
GONZALEZ MARIA
GONZALEZ MARIA
GONZALEZ MATEO
GONZALEZ OLGA
GONZALEZ PABLO
GONZALEZ PEDRO
GONZALEZ SANDRA
GONZALEZ YAIR
GOPAR MAURA
GOVEA ADELA
GRACIANO VICTOR

GRANADO ARNULFO
GRANADOS GABINO
GREGORIO MARGARITA
GUARDADO PEDRO
GUARDIOLA MARIA
GUERRA JUAN
GUERRA LORENZO
GUERRERO OFELIA
GUILLEN TERESA
GUMA BEATRIZ
GURRUSQUIETA ELENA
GUTIERREZ CONRRADO
GUTIERREZ CORINA
HAMPTON OLIVIA
HERNADEZ MA OFELIA
HERNANDEZ ADRIAN
HERNANDEZ ADRIANA
HERNANDEZ ALFREDO
HERNANDEZ ASUNCION
HERNANDEZ BENAVIDES MARIA
HERNANDEZ BRAULIO
HERNANDEZ CARLOS
HERNANDEZ CESAR
HERNANDEZ EULALIO
HERNANDEZ GUILLERMO
HERNANDEZ HILDA
HERNANDEZ JOEL
HERNANDEZ JOSE
HERNANDEZ JOSE
HERNANDEZ JOSE
HERNANDEZ JR SILVESTER
HERNANDEZ MARGARITA
HERNANDEZ MOISES
HERNANDEZ RAMON
HERNANDEZ RODOLFO
HERNANDEZ SAMUEL
HERNANDEZ SILVESTRE
HERNANDEZ VERONICA
HERNANDEZ VICTORIA
HERNANDEZ YOLANDA
HERRERA ALEJANDRA
HERRERA BORIS
HOLGUIN CAROLYN
HOLGUIN JOSE
HOLGUIN MAYRA
HOLGUIN RAFAEL

HOYLE LEROY
HOYORSABAL CRISTOBAL
HUERTA ALICIA
HUERTA JAIME
HUERTA JOSE
HUERTA OLIVIA
HUICHAPA JOANN
HURTADO CRISTIAN
HYDER KEVIN
JACKSON RONALD
JACOBO ANTONIO
JACOBO RUBICELIA
JAIMES REBOLLAR LORETO
JAMAICA JOSE
JAMAICA MARIA
JAMAICA ROSENDO
JEFFERS BRONTIE
JESUS MARIA
JIMENEZ CECILIA
JIMENEZ DALILA
JIMENEZ MARIO
JIMENEZ MARTHA
JOINER DUNCAN
JUAREZ AURORA
JUAREZ MARICELA
LACY WILLIE
LAKES STEPHEN
LARA FIDELA
LARA GERARDO
LARA JESUS
LARA MARIA
LAREDO ELIA
LAWRENCE JOSEPH
LEAL MONICA
LEAL RUBEN
LECHUGA GLORIA
LEDESMA GUADALUPE
LEDESMA MARIA
LEIJA MARIA
LEMER GUADALUPE
LEMER GUADALUPE
LEMER MARIA
LEON MARIA
LIRA ANA
LIRA ELPIDIA
LOPEZ DANIEL

LOPEZ GABRIEL
LOPEZ JAIME
LOPEZ JAVIER
LOPEZ JOSE
LOPEZ JR JUAN
LOPEZ MARIA
LOPEZ NATIVIDAD
LOPEZ ROBERTO
LOPEZ SAMUEL
LOPEZ SANDRA
LOPEZ SIMON
LOPEZ TOMASITA
LOZADA ALEJANDRO
LOZANO BERNARDINA
LUCERO PABLO
LUGO JOSE
LUGO MIGUEL
LUGO RAUL
LUGO RODOLFO
LUGO SERGIO
LUJAN OLIVIA
LUNA CARLOS
LUNA LETICIA
MACARENO MARIA
MACIAS ALICIA
MACIAS CINTHIA
MACK SAMMY
MADERO JOSE
MAGANA ARTURO
MALDONADO CLARA
MALDONADO DINORA
MALDONADO EDILBERTO
MALDONADO JESSE
MALDONADO JULIA
MALDONADO MIGUEL
MALDONADO MONICA
MALDONADO ROBERTO
MANCERA JESUS
MANCERA SILVIA
MANDUJANO ISRRAEL
MANI ABRAHAM
MARENTES ELOISA
MARIN ELIZABETH
MARQUEZ CARLOS
MARTINEZ ADRIANA
MARTINEZ ALFREDO

MARTINEZ AMPARO
MARTINEZ ANA
MARTINEZ ANGELINA
MARTINEZ ANTONIA
MARTINEZ ANTONIA
MARTINEZ CONSTANTINO
MARTINEZ DORA
MARTINEZ EDUARDO
MARTINEZ ELOISA
MARTINEZ FIDEL
MARTINEZ HERMELINDA
MARTINEZ HILDA
MARTINEZ JESUS
MARTINEZ JESUS
MARTINEZ JOSE
MARTINEZ JOSE
MARTINEZ JOSE
MARTINEZ MARIA
MARTINEZ MARIA
MARTINEZ MARIA
MARTINEZ MARIA
MARTINEZ MARIA
MARTINEZ MARIA
MARTINEZ MARIA
MARTINEZ MARIA
MARTINEZ MARIA
MARTINEZ MARIANA
MARTINEZ MARY
MARTINEZ MONICA
MARTINEZ MONICA
MARTINEZ OLGA
MARTINEZ OSCAR
MARTINEZ PATRICIO
MARTINEZ PAULA
MARTINEZ SERGIO
MARTINEZ TEODORO
MATA MARIA
MATLA EDITH
MAYORAZGO VICTORIA
MAZARIEGOS FELIPE
MEDINA CERVANTES JOSE
MEDINA ELIVERTO
MEJORA SAUL
MELENDEZ FRANCISCA
MENDEZ ARTURO
MENDEZ MARIA

MENDEZ MARIA
MENDEZ VIDAL
MENDOZ SOTERO
MENDOZA LUORDES
MENDOZA MANUEL
MENDOZA OLGA
MESA ROSA
MIGUEL ERMELINDA
MILAN ANTONIO
MILAN JAVIER
MILAN KEVIN
MILLAN MARIA
MILLAN RENE
MOLINA ESPERANZA
MOLINA JOSE
MONARREZ JOSE
MONDRAGON ARTURO
MONDRAGON PEDRO
MONTES PEDRO
MONTOYA GUILLERMO
MONTOYA JOSE
MONTOYA MARIA
MOODY LOSALLE
MORALES COREY
MORALES GLENDA
MORALES MARIA
MORALES MARIA
MORAN JESSICA
MORENO MARIA
MORENO OCTAVIO
MOYA CYNTHIA
MUJICA DAVID
MUNOZ CIRILA
MURCIA HILDA
NAVA HERIBERTO
NAVARRO JOSE
NAVARRO JOSE
NAVARRO NICOLASA
NAVARRO NORMA
NAVARRO SIRENIA
NEAVE AMADOR
NEAVE FABIAN
NEAVE RAMON
NEAVE URALIA
NELSON GEORGE
NERY FRANCISCO

NINO JUAN
NUNEZ CRUZ
OLVERA JUANA
ONEILL CARLOS
ORELLANA VIRGINIA
ORTEGA JOSE
ORTEGA JOSE
ORTEGA JUAN
ORTEGA RUBEN
ORTIS JUAN
ORTIZ ADELAYDA
ORTIZ ALEJANDRINA
ORTIZ ARIANNA
ORTIZ CARLOS
ORTIZ CONSUELO
ORTIZ GERARDO
ORTIZ JOHNNY
ORTIZ JOSE
ORTIZ JUAN
ORTIZ LEOVARDO
ORTIZ MARIA
ORTIZ MARIA
ORTIZ NOE
ORTIZ SANDRA
ORTIZ VICTORINA
ORTIZ YOLANDA
OSORIO VICENTE
OUDEMS ANTHONY
OVIEDO AMADEO
PACHECO RICARDO
PADIERNA MARGARITO
PALACIOS ROBERTO
PANTOJA ADELA
PENA ANA
PENA ELENA
PENA VICTOR
PEREA ROEL
PEREZ AUDORO
PEREZ BELEN
PEREZ BENJAMIN
PEREZ CIRO
PEREZ HECTOR
PEREZ ISMAEL
PEREZ JAVIER
PEREZ MAURILIO
PEREZ PETRONILA

PEREZ RIGOBERTO
PEREZ SANTOS
PEREZ SIMONA
PEREZ TOMASA
PEREZ YUSILIA
PESINA JOBITA
PIEDRA VIRGINIA
PINA ALICIA
PINAL ROSALINDA
PINEDA ADRIAN
PINEDA MANUEL
PINEDA MARIA
PINEDA VICENTE
PITONES ELVIRA
PITONES PABLO
PITTS JR DONOVAN
PLATA JUAN
POMPA RICARDO
POMPA TOMAS
PONCE SAUL
POOLE CHARLES
PRADO JUANA
PUGA NORMA
QUINTANA NALLELY
QUINTANILLA JULIA
QUINTERO SARA
QUINTEROS OSCAR
QUIROZ OSCAR
RAMIREZ AGUSTIN
RAMIREZ CORNELIO
RAMIREZ DAVID
RAMIREZ ESTELA
RAMIREZ JOSE
RAMIREZ LOURDES
RAMIREZ MARIBEL
RAMIREZ MELISSA
RAMIREZ SALVADOR
RAMIREZ YOLANDA
RAMOS IMELDA
RAMOS MILAGRO
RAMOS VIVIAN
RANGEL DANIEL
RANGEL MARIA
RAULS KEVIN
RAYO LUIS
REDD CORLEY

REESE JUANITA
RENTERIA JOSE
RESENDIZ ALEJANDRINO
RESENDIZ AURELIO
REYES ANGELICA
REYES EDWIN
REYES JUAN
REYES RAUL
REYES VENANCIO
REYNA RAYMUNDO
REZENDIZ MARIBEL
RICO FRANCISCO
RICO IVAN
RICO JORGE
RIDLEY CYNTHIA
RIVAS LUCIA
RIVAS MARY
RIVERA EDDIE
RIVERA MIROSLAWA
ROBERTS GREGORY
ROBERTS MIRON
ROBLEDO SANDRA
ROBLES CRIZZIA
ROBLES FLOR
ROBLES MARIA
RODARTE MANUEL
RODGERS TEDDY
RODRIGUEZ AIDA
RODRIGUEZ ANA
RODRIGUEZ ANTONIA
RODRIGUEZ ARELI
RODRIGUEZ BELINDA
RODRIGUEZ BERTA
RODRIGUEZ CONCEPCION
RODRIGUEZ ELEAZAR
RODRIGUEZ ELSY
RODRIGUEZ FLOR
RODRIGUEZ FRANCISCO
RODRIGUEZ GRACIELA
RODRIGUEZ JOSE
RODRIGUEZ MARIA
RODRIGUEZ MARIA
RODRIGUEZ MARIA
RODRIGUEZ NORMA
RODRIGUEZ OCIEL
RODRIGUEZ REFUGIO

RODRIGUEZ ROSA
RODRIGUEZ ROSA
RODRIGUEZ RUBIN
RODRIGUEZ SANTIAGO
RODRIGUEZ SAUL
ROGERS WILLIAM
ROMERO MARIA
ROMERO OFELIA
ROMO MARIA
ROSS SHANE
ROSS STAYCE
ROWE JOHNNY
RUEDA ROSALIO
RUIZ JOHNNY
RUIZ JORGE
RUIZ JOSE
RUIZ MARIA
RUNNELS STANLEY
SAAVEDRA SANTOS
SALAZAR TERESA
SALCIDO SANTOS
SALDANA RUBEN
SALDIVAR MARIA
SALINAS MARIA
SALINAS MARIA
SALMON MARIA
SAMBRANO ALICIA
SANCHEZ ANNA
SANCHEZ ESTEBAN
SANCHEZ IMELDA
SANCHEZ JAVIER
SANCHEZ JOSE
SANCHEZ LEONEL
SANCHEZ LOURDES
SANCHEZ MARIA
SANCHEZ NANCY
SANCHEZ RAUL
SANCHEZ ROSA
SANDOVAL LUCAS
SANTILLAN ECEQUIEL
SANTILLAN JUAN
SANTOS MARIA
SARMIENTOS MONICA
SAUCEDO ESTELA
SAUCEDO VERENICE
SEGOVIA ANGEL

SEGOVIA DIONISIO
SEGOVIA FELIX
SEGOVIA NAPOLION
SEGOVIA NORMA
SERRANO DANTE
SERRANO JULLIAN
SERRATO MARIA
SIERRA JOSE
SIERRA RUBEN
SIGALA MARIA
SILVA MARIE
SIMON ESTEBAN
SIMON THOMAS
SMITH JOHNNY
SOLANO SONIA
SOLARTE ESTEBAN
SOLIS EGICELA
SOLIS GABRIEL
SOLIS LEONEL
SOLIS MARLEN
SORIA RODOLFO
SOSA GILBERTO
SOSA RINA
SOSA VICTOR
SOTO AIDA
SOTO GUADALUPE
SOTO JOSE
SOTO MARIA
SOTO NORMA
STEVENS AHMAD
SUELL RONNIE
SWEATT FALETALIMALO
TAPIA CHRISTIAN
TAYLOR RICKY
TEMPLETON LARRY
TERAN ELENA
THOMAS ERIC
THOMAS LINNITA
TILLIS VIOLET
TINOCO EFRAIN
TIRADO ISMAEL
TONCHE MARIA
TORRES DANIEL
TORRES JORGE
TORRES MARGARITA
TORRES MARIA

TORRES SAN JUANITA
TOVAR ARTURO
TOVAR JUAN
TOVAR MAGDALENA
TREJO OLGA
TREVINO JOSE
TRUJILLO ELENA
TRYBOM MELISSA
ULLOA CELIA
URIAS CATALINA
URIBE EDMUNDO
URIOSTEGUI DEMETRIO
URUCHA ANGELA
VACA MARIA
VALADEZ ANTONIA
VALADEZ EVANGELINA
VALADEZ OLGA
VALADEZ ROSA
VALDEZ ANTONIO
VALDEZ ERIK
VALDEZ ORALIA
VALLE VICTOR
VANEGAS MARIA
VARGAS BENJAMIN
VARGAS CECILIO
VARGAS EDGAR
VARGAS FORTUNATO
VARGAS JUAN
VASQUEZ JIMENEZ ROSALBA
VASQUEZ MONICA
VAZQUEZ OSCAR
VAZQUEZ WALTER
VEGA JUANA
VELASCO TEODORO
VELASQUEZ SARA
VELAZQUEZ FERNANDO
VELEZ LIDIA
VENCES ROMAN
VENTURA MICHAEL
VERA HORACIO
VILLA ELIDIA
VILLA JOSE
VILLA JOSEFINA
VILLA LUIS
VILLACREZ PATRICIA
VILLALOBOS REYES

VILLEGAS AGUSTIN
VIRREY MATIAS
VITAL ALEJANDRO
WAGNER DAVID
WARD DALE
WATSON MITCHELL
WILLIAMS RICHARD
WILSON ALICE
WRIGHT JERROD
YANEZ GABRIEL
YANEZ HERMILA
ZAMORA FRANCISCA
ZAMORA LUIS
ZAMORA NORMA
ZAPATA MARIA
ZELAYA HERBERTH
ZERMENO SILVIA
ZUMAYA MARY
ZUNIGA RAMON